Support #1

Related: "3:26-cv-00234-SLG"
"3AN-25-01538CR"

State,

The longer you take the more the
picture comes together.

The more (you [the DA] goes outside the protect-
ion of your "absolute immunity" to 'FIND'
subject matter to uhlize maliciously; the
more you nudge yourself into qualified
immunity. Yet as far as the exclusionary
rule goes, your "immunity" was shot from the
moment you <u>decided</u> to initiate legal process
a fundamental & intimate part of prosecuti-
on, but is diminished and voided by imp-
roper exertion of pressure by CACU; through
providing you w/ info derived of criminal
omission. You know as well as I do that
doing so invalidates probable cause. You

Case 3:26-cv-00244-SLG    Document 1-2    Filed 06/25/26    Page 2 of 23

also know the decision buttresses mal-icious prosecution; as we're well beyond speedy trial (w/o my explicit consent or written signature—by presumption of the court [unsubstantiated] that I allowed continuance.) As signature is read for Rule 5, 38, and 45. Adherence is required constitutionally by the prosecutor to abide by the fundamental right of speedy trial, as (you are the Moving party). Want to get a peak at my knowledge? Here's a SLIVER beyond what I just gave you. [It is within the pattern of the "State", through it's agencies to create and pursue by malicious intent. My case IS the PROOF that "THE STATE OF ALASKA" utilizes it's police dept's

lack of policy surrounding omission of facts pertinent to Brady, or exculpatory disclosure w/ severe disregard to moral or ethic procedural training; to obtain "probable cause" through constitutional violation using the perception of "not-knowing it would result in unconstitutional custody" - to gain convictions upon "easily ascertainable groups of people." You use the perceived notion that nobody would EVER notice because the 70-99 of those targeted are ignorant of the law.

Once APD-enables you to expedite service of Indictment utilizing §603.02. the burden shifts to Statute enacted agencies OPA & PDA; who Are bound by contractual agreement to be complicit w/ or w/o their express knowledge in Immediacy, by doing so are Severely reduced in their capacity to Defend against the Unmitigated Violations of the State". Statute enacted By the Legislature In It's nature and definitive wording give purpose to reduction of adequate counsel Standards as

dictated by the Sixth Amendment. This issue is [In]sured of notice by the ignorance of defendant, lack of care, or fear the "State" utilizes to project grim outcome. I.e., Stacking charges, and by sleight changing of language adding superah charges. Most defendants being unaware that the charges (will be) diminished for the court record in Sentencing. The use of this unknown simplistic fact upon, offering deals "too good" to pass-up, or projection of "maximum time"-by the Defence Counsel; or In

my case (lying to the defendants family to isolate) - are ALL utilized to force the defendant unawares of his/her constitutional rights; or unable to articulate them into acquiescing to deals proffered by the "State". In the very essence of offering a deal so EARLY - It supports intention to [COERCE] Defendant into a deal they likely would NOT TAKE; but for the projection of "What If" - they choose [not] to take the deal. This is Insured through rigidity in hearings, badgering, slander, defamation, the

Judge or DA derailing the defendant by ad-hominem; or by silencing the defendant by court appointed attorney being "representative" - In the exact capacity "The State" utilizes to acquiesce the Defense into continuances. Adversely to their clients interest and defense. So how does "the State" insure they get away w/ this? That's easy, they utilize prison or jail staff who are employed under "THE STATE OF ALASKA" or "The State of Alaska", as one owns the other. How do they do it?

By administrative policy, by violations of constitutional rights, by lack of training of officers in their capacities in constitutional adherence. With the excuse of "Qualified Immunity" - they (perceive) to do as they please, not realizing their positions are expendable so adherence is not ratified or ensured by Superintendents. How do they ensure success? (in convictions w/o the public knowing?) They use prison policy like D.O.C's to limit Certified mail. ("Legal mail") policy 811.4 (outgoing mail) D.O.C. (does not consider mail to law enforcement agencies "Legal mail") - It is NOT included in the

list of "Privileged Mail"; but when conf-
ronted by an officer that (ALL MAIL
IS LEGAL MAIL) - and they tell you
"the mailroom does not consider FBI
mail as legal mail"... Inferencing:
"so they have a right to read it,
stop it if they choose, destroy it, etc.",
"The State" Utilizer ALL State agencies
to accomplish their goal of generating
revenue - not just of incentivized cases,
but State funding provided by each
prisoner or pre-trial detainee sec-
ured. As seen on documents like
"Standardized Form 25A", or a (48CFR).
This (48CFR) is the contract drafted
the indictment is provided

ensuring PAYMENT to surety(ies):"For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly & severally".

"Penal Sum of Bond".

"Million(s)"|"Thousand(s)"|"Hundred(s)"|"Cents".

"Contract date"|"Contract Number"

["Date Bond Executed (Must be same or later than date of contract")] - So this contract?

By using (abuse of Discretion) to altern- atively forego a felony preliminary hearing by use of Civil R. §603.02, essentially "The State" is forcing the Defendant into Contract, not just w/ their court appt'd attorney but Penal Contract w/ MULTIPLE beneficiaries by daily Custody.

To assure this bond(s) is not reversed, where the State would owe for the continued prosecution, the trial, the fees, administrative fees, housing fees, and prisoner bond itself. The amount due in the multi-millions for a case such as mine - "the State"; not only refuses to take me to trial - but adamantly by continuous prosecution and efforts - refuses to admit their fault. Fault of malicious prosecution, fraud, racketeering, "legal" laundering, aiding and abetting, conspiracy to deprive Constitutional rights. By one prisoner (mine) Equals to possibly $100 mil,

Case 3:26-cv-00244-SLG   Document 1-2   Filed 06/25/26   Page 12 of 23

If one prisoner could obtain that much in one case; Say 2,500 (Goose Creek population) would equate Billions in recompense. Compound on that number w/ Lemoncreek, Seward Penitentiary, Palmer, and all other D.O.C. Detention facilities - you'd have hundreds of Billions in recompense. Entire Police Stations overturned in cases, Potentially entire faculties of multiple municipalities fired, convicted and sentenced. The legislature would be overturned, Congress investigated, Impact would be colossal against this mounting legal regime.

So "the State", does what they can, violating federal law as well as State law to accomplish obtaining and maintaining that "The State" provides the highest income in the State of Alaska, and boasts the HIGHEST conviction rate, w/ the Biggest State, and the SMALLEST populus.

You can ONLY fabricate those kind of numbers.

Everything you do-supports this. Everything you CONTINUE to do Supports this. If I were you; I'd Settle ASAP.

$\longrightarrow$

Trial - you'll lose, the jury will be appraised of this. Media has agreed to be present. W/o Media - I will lead w/ constitutional violations[if] need be.

you will lose.

you continue this "endeavor" - you'll be charged, convicted, imprisoned......

you Lose.

If you think I have this written down somewhere - as if I need a "reminder" - you're wrong. This is based on my knowledge and documentation provided to Feds.

you thought WRONG choosing MYFAMILY. your decision to provide the original report; (slip up) - then to omit info from the one created but ABLE to prove by a text message; omitting that info from utilized report (not your's gov't fucked up) BUT "It'd be EASY"....NOT ASEASY AS CATCHING you!! ← UP-

This is (minimal), and all it takes is asserting it to the courtroom.

All it takes is facts supported by relevant caselaw (easy). All it takes is ONE CASE having similarities of conduct found to remove absolute immunity; in the basis of law (of the court)... You fail to recognize I have Six Defense Strategies (inside the courtroom); without the aid of Counsel, nothing but the Lexis basis (you provide, to thank).

You fail to acknowledge I've given EVIDENCE YOUR COMPLACENCY provided in documentation of facts to Federal Bureau of Investigation.

→

What does that mean? The Initiation of a Case offered to the FBI, emphasizing that my CASE[I]S the proof of a method employed by "the State"; daily to provide illegal results in conviction]. Do you know what It takes to get the FBI to open an Investigation on given Information? (Irrefutible)"Investigative Merit". W/O that your Info Will(NOT be considered and future offering of Info rejected). Why wait to dive Into the law until March? I was TOO BUSY UTILIZING INVESTIGATIVE

techniques I learned since August of 2024, to connect the dots - to put together a case so strong there'd be NO WAY for "the state" to get out of it. I was too busy using your ACTIONS to analyze and get in your head to pick apart intent, while you waste my time assuming "im just another dumb native". I learned the role of a prosecutor, and how they work to see what you'd do, why you'd do it, previous actions to dictate repetition, anticipation of projected reaction.

That's why I ONLY utilized the "Bankruptcy" info a short period of time. It was a means to elicit info unprovided over the duration of this prosecution. It was effective to distinguish; through NOT being civil bankruptcy, related to insolvency; by diminishing factor... that this IS a criminal case (by my attorneys confirmation) - He did NOT realize he actually confirmed His failure to fiduciary duty - due to continued unconstitutional continuance on fraudulent unfounded claims. It worked In It's capacity whether only useable once

or not, it got the DA to attempt to violate my First Amendment; additionally (upon first introduction) of Judge Easter, exposed her A. Negligence of fraud taking place, due to manipulation of info by the prosecution, B. Her complicity in the mass executed, daily conspiracy to maliciously convict innocents. It exposed her unprofessional demeanor - propensity to conceal the truth by sealing record as I provided thorough acclamation of Ineffective council due to conflict of interest. Buttressing it is a concerted effort by State agents the court,

Case 3:26-cv-00244-SLG   Document 1-2   Filed 06/25/26   Page 20 of 23

the Dep't of law and Corrections. But could ONLY be used ONCE, for the reason of maintaining act-val perception of competency. So who's incompetent now? As I've said involving the FBI VOIDS your "immunity" - absolute, quasi-jud-cial or otherwise. You've committed a white collar crime, assumed I'm "one of them"... As you're desperately searched for "a WAY" to convict, I've executed a well documented, and performed investigation, and turned your snare on everyone involved. the clock is ticking - each day adds up. - not $ but to your sentence.

"Crazy", "insanity", "instability" - is doing the SAME thing over and over again expecting same result.

Access a dictionary, it would've given you wisdom.

Yet wisdom is NO good - if it is not received.

Expectation of the SAME, is no different than failing time and time again expecting a different result.

Edison Attempted and succeeded at success - through failure 10,000 times before attaining the lightbulb. How many times have you done this, before running out?

"Mr. Rockwell, the fact you've used the time provided by the state to not just learn every fact of a legal case including investigative theory, have conducted your own investigation with NOTHING, while in prison, w/ limited resources; based on (nothing but) the action or inaction of the state; hired the FBI as your investigative team at no cost to you... You've learned the opposing roles of the adversary system and anticipate action before decisions are made by previous patterns, you've learned equal to a second or third year law student in TWO-MONTHS-w/o bias of mainstream influence in entertainment, you're diligent to study and apply-doing LIVE hands on casework, w/ SIX different defenses; viable defenses that don't even touch fundamental constitutional law; your ability to articulate what you know unfaltering....w/ 20+ years, Mr. Rockwell i'd be intimidated to go into court w/ you-especially knowing you didn't go to law school". A lawyer, that said it.