Support #2

Related: "3:26-cv-00234-SLG"
"3AN-25-01538CR"

# I. Claim: Fraud

A. Photo taken 3/11/25 around 11:30pm - 12:30am by Rosendo Perez of specific dialogue to be used as probable cause in conjunction w/ fabricated sworn statement; omitting context and preceding mitigative evidence provided in totality of dialogue exchange exhibited.

B. The DA's office "O.S.P." In concert of efforts elicited by aid of AKCARES, Sam Beard, Office of Special Prosecutions, Julia McCartney and Lindsey Maguigan; "A.P.D." ~~XXXXXXXX~~ Anchorage Police Department; Rosendo Perez and Mindy Mitchell worked in tandem to fraudulently re-create sworn statements by AKCares & APD to buttress the "probable cause created by criminal omission. Both the fabricated sworn statements and probable cause demonstration to be utilized as R.3 & R.4 of Federal Civil Rule 8603.02, to apply for expedited return of indictment; rather than conventional criminal procedure of AK Rules of Criminal Procedure Part II (preliminary Exam for felony cases). Not just committing fraud on the public but of the court to personal interest. Information was transposed from original sworn-statements, w/ anything indicating anomoly, conflict, or contradiction redacted from sworn statement utilized to obtain indictment and effectively concealed by State agencies and

It's involved agents.

C. The multiple state agents involved and mentioned to have contributed, knew the statements were false in their expedited utilization of them to initiate legal proceedings.

D. The concerted efforts of APD's, Rosendo Perez, Mindy Mitchell; AkCares', Sam Beard; O.S.P.'s, Julia McCartney, and Lindsey Maguigan caused irreparable harm and injury to me that resulted in deprivation of life, liberty, family, support, social stature, reputation, loss of wages, mental health, and physical health. With the purpose of obtaining personal success through prospective conviction, state revenue, and positive reflection of conviction statistics by pursuit.

2. Claim: Misrepresentation

A. A.P.D. Detectives Rosendo Perez and Mindy Mitchell; AkCares Sam Beard; O.S.P.'s Julia McCartney and Lindsey Maguigan intended to utilize the false info, acquired and used out-of-context w/o explanation throughout prosecution process. This included delivery of material evidence left out of discovery, sent via text message (personally) to my then wife intended to coerce her opposition, succeeding in doing so. She prior to misconduct of provision of such specific ᵉᵛⁱᵈᵉⁿᶜᵉ used to my detriment, that in context, would've been known to my benefit and aided in preserving my relationship w/ my wife.

B. The named defendants not just provided but knowingly created false statements by origination of criminal omission, for the intended purpose of pursuing me; not just presented to third parties but to the tribunal as well. In the form of fabricated affidavit for search warrant, sworn statements, false material evidence, utilization of jail calls (out-of-context) to enable procurement of preventative detention; ultimately to obtain return of indictment to provide opportunity to pursue.

C. All named Defendants knew the statements to be false, but not just their creation of them but intention followed through upon utilization.

D. Named Defendants concerted efforts compounded my loss, causing catastrophic injury by loss of relation-ships, spouse, family, my children, reputation, position of public servant (firefighter & EMS), loss of trust in gov't officials and confidence in Justice System.

3. Claim: False Arrest

A. Named Defendants contributed to restraining me directly or indirectly by use of maliciously gamed info. through entrapment used to obtain an admission under coercion, prior to warrant being served 3/12/25.

B. Due to conduct by named defendants' concerted efforts I've spent an appreciable time pre-trial incarcerated.

C. I've been imprisoned for more than 450 days w/o possibility of escape.

4. Claim: False Imprisonment
A. By the efforts of AkCares: Sam Beard, A.P.D.'s, Rosendo Perez and Mindy Mitchell; O.S.P.'s Julia McCartney, Lindsey Maguigan to fabricate complaint and obtain probable cause by criminal omission for express intention to acquire expedited Grand jury indictment resulting in my undue incarceration.

B. I've been confined to Anchorage Jail for 2.5mo total, and held at Wasilla's Goose Creek Correctional Center, for 14.5mo's while prosecution makes incredible efforts to find credible merit usable to bring to trial.

5. Claim: Malicious Prosecution
A. Named Defendants combined efforts to fabricate complaint proven by text, D.A. "State", Lindsey Maguigan & O.S.P., Refuse to allow Plaintiff to obtain to mitigate and invalidate sworn statements; specifically being texts provided through Rosendo Perez report, removed from report used to initiate legal process due to clear contradiction. Defense attorney of Plaintiff admits 6/18/26 "The State will not allow subpoena of K.H.'s phone" to obtain mitigative evidence, that'd prove utilized report as a recreation of original; due to adverse effect on prosecutions interests.

B. Criminal charges were brought by named defendants concerted efforts to prosecute me.

C. Defendants Lindsey Maguigan & Julia McCartney of O.S.P., have not brought case to trial over the course of 460 days, w/ the State depending on Plantiffs Defense attorney to waive speedy trial time w/o Plantiffs consent, for lack of States possession of conclusive evidence. State reluctant to go to trial due to high probability for Plaintiff to win.

D. Rosendo Perez, Mindy Mitchell; San Beard; Julia McCartney, and Lindsey Maguigan knew complaints were false as well as probable cause, created by their combined efforts.

E. Rosendo Perez & Mindy Mitchell provided false inculpatory evidence and withheld exculpatory evidence from prosecutors Lindsey Maguigan & Julia McCartney, improperly influencing them and leading them to charge Plaintiff. The only evidence of abuse was fabricated also serves to support that charges were instituted without probable cause. As reports were remade to accomodate method used to procure indictment whereas with original complaint indictment would not have been possible. Defendants acted to solely deprive me of my family by institution of charges, showing no intent to adjudicate after 460 days.

6. Claim: Defamation

A. Julia McCartney - April 5th, 2025 utilized information she'd fabricated by listening to jail calls between my mom and I, out-of-context, for the purpose of providing the tribunal with misinformation formulated for the States intention to isolate me from the support of my family assisting me; to increase my bail through unsubstantiated claims used to add charges meant to intimidate and deter communication w/ me. She used information heard in a malicious way to portray me as a monster to the gallery.

B. Julia McCartney told the gallery & Judge information relayed to my mom meant to help and assist - in a malicious context meant to acquire preventative detention.

C. She called me a danger to society, providing misinformation, to misrepresent my character.

D. The hearing was a public bail hearing with a volume of the community as well as other prisoners present, also placing my well being in danger. Julia utilized all misinformation to stack charges the public would and could view w/ courtview - meant to prejudice me.

E. Julia McCartneys actions were that of someone personally involved, her intention was to her benefit and to my detriment. Through doing so she caused mental anguish and irreparable injury to me, in various ways. Effecting length of time incarcerated, progressively amounting to the effect of her actions resulting in mental confusion of my family and friends, effecting the amount of support available to me while incarcerated. Julia McCartneys actions April of providing my wife false information by misrepresentation ruined my relationship with her and further negatively impacted the potential of contact with her and my children; as prior to McCartneys actions my wife was helping me to fight the State, McCartneys intentions were pointedly to put an end to potential of receiving any form of help - ultimately so the prosecution could pursue conviction of me without resistance.

7. Claim: Intentional Infliction of Emotional Distress

A. The named Defendants: Rosendo Perez & Mindy Mitchell; Sam Beard; Julia McCartney & Lindsey Maguigan, actions in the creation of evidence to initiate, continue and maintain pursuit of prosecution, the intention to, and lengths gone to - to isolate me caused extreme emotional distress that has exponentially increased by their incredible efforts.

B. I lost due to the Defendants actions my family, friends, home, support, reputation and hope.

C. The concerted efforts and conduct of named Defendants directly effected my status of well-being and caused severe mental anguish.